**Order entered May 13, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00277-CV

### NEAL ROUZIER, M.D., Appellant

### V.

### BIOTE MEDICAL, LLC, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-09135

## ORDER

Before the Court is appellee's May 9, 2019 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 17, 2019. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/    KEN MOLBERG
JUSTICE